Case 811751:

# U.S. Bankruptcy Court
## Southern District of Florida (Fort Lauderdale)
### Bankruptcy Petition #: 24–11106–SMG

*Assigned to:* Scott M Grossman
Chapter 7
Voluntary
No asset

*Date filed:* 02/03/2024
*341 meeting:* 03/26/2024

*Debtor*
**Leslie Road Associates, LLC**
3080 NE 47th Street
Ft Lauderdale, FL 33308
BROWARD–FL
Tax ID / EIN: 27–5551424

represented by **Jeffrey M Siskind**
3465 Santa Barbara Drive
Wellington, FL 33414
561–791–9565
Fax : 561–791–9581
Email: jeffsiskind@msn.com

*Trustee*
**Leslie S Osborne**
1300 N. Federal Hwy., Ste. 203
Boca Raton, FL 33432
561–368–2200

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536–7285

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 02/03/2024 | | 1 | Chapter 7 Voluntary Petition . [Fee Amount $338] (Siskind, Jeffrey) (Entered: 02/03/2024) |
| 02/03/2024 | | 2 | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Interim Trustee Osborne, Leslie S. Meeting of Creditors to be held by Video Conference on 3/5/2024 at 03:00 PM at www.Zoom.us – Osborne: Meeting ID 532 843 2753, Passcode 7034057109, Phone (561) 726–1296 Deadline to Object to Discharge/Dischargeability is future date. (Siskind, Jeffrey) (Entered: 02/03/2024) |
| 02/03/2024 | | | Receipt of Voluntary Petition (Chapter 7)( 24–11106) [misc,volp7a] ( 338.00) Filing Fee. Receipt number A43723054. Fee amount 338.00. (U.S. Treasury) (Entered: 02/03/2024) |
| 02/05/2024 | | 3 | Notice of Deadline to Correct Filing Deficiencies . [Deficiency Must be Cured by 2/12/2024].Corporate Ownership Statement due 2/12/2024. (Rodriguez, Lorenzo) (Entered: 02/05/2024) |
| 02/06/2024 | | 4 | Corporate Ownership Statement Filed by Debtor Leslie Road Associates, LLC. (Siskind, Jeffrey) (Entered: 02/06/2024) |
| 02/07/2024 | | 5 | |

| Date | | # | Description |
|---|---|---|---|
| | | | BNC Certificate of Mailing (Re: 2 Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Interim Trustee Osborne, Leslie S. Meeting of Creditors to be held by Video Conference on 3/5/2024 at 03:00 PM at www.Zoom.us – Osborne: Meeting ID 532 843 2753, Passcode 7034057109, Phone (561) 726–1296 Deadline to Object to Discharge/Dischargeability is future date.) Notice Date 02/07/2024. (Admin.) (Entered: 02/08/2024) |
| 02/07/2024 | | 6 | BNC Certificate of Mailing (Re: 3 Notice of Deadline to Correct Filing Deficiencies . [Deficiency Must be Cured by 2/12/2024].Corporate Ownership Statement due 2/12/2024.) Notice Date 02/07/2024. (Admin.) (Entered: 02/08/2024) |
| 03/01/2024 | | 7 | Motion to Transfer Venue To Western District of Pennsylvania Filed by Creditors Frances Hill, Richard Hill (Attachments: # 1 Exhibit Exhibit A – Declaration of Michael W. Calder in Support of Motion to Transfer Venue of this Case to the Western District of Pennsylvania) (Berger, Eyal) (Entered: 03/01/2024) |
| 03/01/2024 | | 8 | Notice of Hearing by Filer (Re: 7 Motion to Transfer Venue To Western District of Pennsylvania Filed by Creditors Frances Hill, Richard Hill (Attachments: # 1 Exhibit Exhibit A – Declaration of Michael W. Calder in Support of Motion to Transfer Venue of this Case to the Western District of Pennsylvania)). Hearing scheduled for 03/20/2024 at 10:00 AM U.S. Courthouse, 299 E Broward Blvd Courtroom 308 (SMG), Fort Lauderdale, FL. (Berger, Eyal) (Entered: 03/01/2024) |
| 03/05/2024 | | 9 | Certificate of Service by Attorney Eyal Berger Esq. (Re: 8 Notice of Hearing by Filer filed by Creditor Richard Hill, Creditor Frances Hill). (Berger, Eyal) (Entered: 03/05/2024) |
| 03/05/2024 | | 10 | Certificate of Service *[Supplement]* by Attorney Eyal Berger Esq. (Re: 8 Notice of Hearing by Filer filed by Creditor Richard Hill, Creditor Frances Hill). (Berger, Eyal) (Entered: 03/05/2024) |
| 03/06/2024 | | 11 | Statement Adjourning Meeting of Creditors. Section 341(a) Meeting Continued on 3/26/2024 at 03:15 PM at www.Zoom.us – Osborne: Meeting ID 532 843 2753, Passcode 7034057109, Phone (561) 726–1296. (Osborne, Leslie) (Entered: 03/06/2024) |
| 03/14/2024 | | 12 | Ex Parte Motion to Allow David Ross to Appear By Zoom At 03.20.24 Hearing Filed by Creditors Frances Hill, Richard Hill (Berger, Eyal) (Entered: 03/14/2024) |
| 03/14/2024 | | 13 | Amended Schedules Filed: [Summary of Your Assets/Liabilities,Schedules A–J,Statement of Financial Affairs,Declaration re Schedules,] [Fee Amount $34] Filed by Debtor Leslie Road Associates, LLC. (Attachments: # 1 Local Form 4) (Siskind, Jeffrey) (Entered: 03/14/2024) |
| 03/15/2024 | | 14 | Notice to Filer of Apparent Filing Deficiency: **Motion Required to Amend Petition to Correct Debtor(s) Name. THE FILER IS DIRECTED TO FILE AN EX PARTE MOTION TO CORRECT DEBTOR(S) NAME PURSUANT TO LOCAL RULE 1009–1(B).** (Re: 13 Amended Schedules Filed: [Summary of Your Assets/Liabilities,Schedules A–J,Statement of Financial Affairs,Declaration re Schedules,] [Fee Amount $34] Filed by Debtor Leslie Road Associates, LLC. (Attachments: # 1 Local Form 4)) (Rodriguez, Lorenzo) (Entered: 03/15/2024) |

| | | | |
|---|---|---|---|
| 03/15/2024 | | | Receipt of Schedules and Statements Filed( 24–11106–SMG) [misc,schsia] ( 34.00) Filing Fee. Receipt number A43916355. Fee amount 34.00. (U.S. Treasury) (Entered: 03/15/2024) |
| 03/15/2024 | | 15 | **Order Granting 12 Ex Parte Motion to Allow David Ross to Appear By Zoom At 03.20.24 Hearing filed by Creditor Richard Hill, Creditor Frances Hill. ***Counsel David Ross's motion to appear remotely at the March 20, 2024 hearing in this case is GRANTED.***SO ORDERED by Judge Scott M Grossman. (**This is a text−only order with no underlying PDF image entered pursuant to Local Rule 5005−4(F) and Local Rule 9021−1(A)**). (Douglas, Dominique) (Entered: 03/15/2024)** |
| 03/17/2024 | | 16 | Ex Parte Motion to Amend Re: 1 Voluntary Petition (Chapter 7) Filed by Debtor Leslie Road Associates, LLC (Siskind, Jeffrey) (Entered: 03/17/2024) |
| 03/18/2024 | | 17 | Notice of Hearing (Re: 16 Ex Parte Motion to Amend Re: 1 Voluntary Petition (Chapter 7) Filed by Debtor Leslie Road Associates, LLC) Hearing scheduled for 03/20/2024 at 10:00 AM U.S. Courthouse, 299 E Broward Blvd Courtroom 308 (SMG), Fort Lauderdale, FL. (Gomez, Edy) (Entered: 03/18/2024) |
| 03/18/2024 | | 18 | Response to (7 Motion to Transfer Venue To Western District of Pennsylvania filed by Creditor Richard Hill, Creditor Frances Hill) Filed by Debtor Leslie Road Associates, LLC (Siskind, Jeffrey) (Entered: 03/18/2024) |
| 03/20/2024 | | 19 | *Ex Parte* Motion to Appear pro hac vice by David W. Ross [Fee Paid $200] Filed by Creditors Frances Hill, Richard Hill (Berger, Eyal) (Entered: 03/20/2024) |
| 03/20/2024 | | | Receipt of Motion to Appear pro hac vice( 24–11106–SMG) [motion,mprohac] ( 200.00) Filing Fee. Receipt number A43939460. Fee amount 200.00. (U.S. Treasury) (Entered: 03/20/2024) |
| 03/20/2024 | | 20 | **Order Granting Motion To Appear pro hac vice (Re: # 19) (Rodriguez, Lorenzo)** (Entered: 03/20/2024) |
| 03/20/2024 | | 21 | **Order Granting Motion To Transfer Case To Another District Western District of Pennsylvania (Re: # 7) (Rodriguez, Lorenzo)** (Entered: 03/20/2024) |
| 03/21/2024 | | 22 | Certificate of Service by Attorney Eyal Berger Esq. (Re: 20 Order on Motion to Appear pro hac vice, 21 Order on Motion To Transfer Venue (Bk)). (Berger, Eyal) (Entered: 03/21/2024) |
| 04/01/2024 | | 23 | **Order Granting Motion To Amend (Re: # 16) (Rodriguez, Lorenzo)** (Entered: 04/01/2024) |