IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>LESLIE ROAD ASSCOCIATES, LLC,<br><br>Debtor. | Bankruptcy No. 24-20799-CMB<br><br>Chapter 7 |
|---|---|

## NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF
## RICHARD HILL AND FRANCES HILL

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditors, Richard Hill and Frances Hill, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ David W. Ross
David W. Ross, Esquire
PA I.D. # 62202
dross@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA  15219
Tel: (412) 456-8100
Fax: (412) 456-8135

Dated: 5/1/2024