**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **LESLIE ROAD ASSOCIATES, LLC,** | Bankruptcy No. 24-20799-CMB |
| **Debtor.** | Chapter 7 |

**NOTICE OF ENTRY OF APPEARANCE**
**ON BEHALF OF LESLIE ROAD ASSOCIATES, LLC**

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of the Debtor, Leslie Road Associates, LLC, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

| | |
|---|---|
| Date: June 24, 2024 | Respectfully submitted, |
| | /s/ Ryan J. Cooney |
| | RYAN J. COONEY |
| | PA I.D. #319213 |
| | Cooney Law Offices |
| | 223 Fourth Avenue, 4th Fl. |
| | Pittsburgh, PA  15222 |
| | (412) 546-1234 (phone) |
| | (412) 546-1235 (facsimile) |
| | Email:  rcooney@cooneylawyers.com |
| | |
| | Attorney for the Debtor, |
| | Leslie Road Associates, LLC |