B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Leslie Road Associates, LLC**  
Debtor(s)

Case No. **24-20799-CMB**  
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................. $ **1,500.00**  
   Prior to the filing of this statement I have received ..................................................... $ **1,500.00**  
   Balance Due ..................................................................................................................... $ **0.00**

2. The source of the compensation paid to me was:  
   ☐ Debtor   ☒ Other (specify):   **Northwest Land, LLC**

3. The source of compensation to be paid to me is:  
   ☒ Debtor   ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]  
   **Review of BNK Schedules and docket entries; Review of pleadings filed in litigation; Representation at 341 meetings; communications with the Trustee and creditors prior to the initiation of any 2004 process or adversary proceedings**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:  
   **Representation of the Debtor relief from stay actions, any 2004 process for records and/or testimony; adversary proceedings; negotiations with the Trustee or Creditors regarding potential adversary proceedings.**

   **The Debtor has signed a fee agreement providing for an hourly rate in the event that the Debtor would like the undersigned to represent it for these excluded services. The hourly rate is $350/hr for Ryan J. Cooney and $400/hr for James R. Cooney.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 24, 2024**  
Date

/s/ **Ryan J. Cooney**  
Ryan J. Cooney 319213  
*Signature of Attorney*  
**Cooney Law Offices**  
**223 Fourth Ave**  
**Pittsburgh, PA 15222**  
**(412) 992-7597   Fax:**  
**Rcooney@cooneylawyers.com**  
*Name of law firm*