**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

**In re:**

**LESLIE ROAD ASSOCIATES, LLC,**

      **Debtor,**

**LESLIE ROAD ASSOCIATES, LLC,**

      **Movant,**

  **v.**

**NO RESPONDENTS.**

**Bankruptcy No. 24-20799-CMB**

**Chapter 7**

## CERTIFICATE OF SERVICE

I, Ryan J. Cooney, hereby certify, that on the 20th day of August 2024, a true and correct copy of the **NOTICE OF CONTINUED MEETING OF CREDITORS** was served upon the following *(via First Class U.S. Mail):*

SEE ATTACHED COMPLETE MAILING MATRIX

Date: August 20, 2024

/s/ Ryan J. Cooney
Ryan J. Cooney
PA I.D. #319213
The Cooney Law Offices LLC
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 456-1234 (phone)
(412) 456-1235 (facsimile)
Email: rcooney@cooneylawyers.com