**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY NO.  24-20799-CMB |
| LESLIE ROAD ASSOCIATES, LLC | ) | |
| DEBTOR | ) | CHAPTER 7 |
| | ) | |
| BRIAN P. CAVANAUGH, TRUSTEE | ) | DOCUMENT NO. |
| MOVANT | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENTS | ) | |

<u>**NOTICE OF RESIGNATION OF CHAPTER 7 TRUSTEE**</u>

AND NOW, comes Brian P. Cavanaugh, Chapter 7 Trustee, and files the within Notice of Resignation of Chapter 7 Trustee, averring in support thereof as follows:

1.     The undersigned hereby resigns as Chapter 7 Trustee.

2.     The undersigned Trustee has collected no funds and has no funds on hand related to the administration of this Estate.

3.     Marta Villacorta, Assistant United States Trustee for Region 3, has accepted the undersigned's resignation.

WHEREFORE, Brian P. Cavanaugh, Chapter 7 Trustee, respectfully requests that this Honorable Court accept the foregoing resignation.

Respectfully submitted,

Turin, DeMatt & Cavanaugh, P.C.

DATED: February 18, 2025          BY:     /s/ Brian P. Cavanaugh
                                            Brian P. Cavanaugh, Trustee
                                            PA I.D. # 72691
                                            115 North Main Street
                                            Greensburg, PA  15601
                                            (724) 838-1400
                                            bcavanaugh@tdc-law.com