IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Leslie Road Associates LLC                                 Case No. 24-20799 CMB

                                                           Chapter 7

        Debtor.

## APPOINTMENT OF SUCCESSOR TRUSTEE

        An order for relief was entered in this case on February 3, 2024, and Brian Cavanaugh was appointed Chapter 7 trustee.  Brian Cavanaugh has resigned as trustee.

        The United States Trustee hereby appoints Crystal Thornton-Illar as successor trustee in this case.

        Pursuant to 11 U.S.C. § 521, the debtor is required to provide the successor trustee with bank statements, canceled checks, tax returns and/or other documents relating to the property of the estate upon request of the Trustee within five days of any such request.

        Pursuant to this appointment, Ms. Thornton-Illar shall be covered by the Western District of Pennsylvania aggregate Chapter 7 blanket bond.

DATED:  February 18, 2025

                                ANDREW R. VARA
                                UNITED STATES TRUSTEE
                                REGIONS 3 and 9

                        By: /s/ Marta E. Villacorta
                                Marta E. Villacorta
                                Assistant United States Trustee