**Form 143**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Leslie Road Associates, LLC**
27–5551424
   Debtor(s)

Bankruptcy Case No.: 24–20799–CMB

Chapter: 7
Docket No.: 37 – 35

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

    Brian Cavanaugh has been removed as trustee from this case and will not receive any future notifications.

    The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: February 19, 2025

Michael R. Rhodes
Clerk