IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re** | Bankruptcy No. 24-20799-CMB |
| **LESLIE ROAD ASSOCIATES, LLC,** | Chapter 7 |
| Debtor. | |

**NOTICE OF APPEARANCE,
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS,
AND REQUEST FOR ENTRY ON MAILING MATRIX**

**PLEASE TAKE NOTICE** that the undersigned, Scott M. Hare, Esquire and the firm of Raines Feldman Littrell LLP, appear as counsel for Creditors Richard Hill and Frances Hill in the above-referenced case. Pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that he be added to the mailing matrix in this case, and that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon him at the following address:

Scott M. Hare, Esquire
Raines Feldman Littrell, LLP
11 Stanwix Street, Suite 1100
Pittsburgh, PA 15222

Tel: 412-899-6460

e-mail: share@raineslaw.com

Further, pursuant to 11 U.S.C. § 1109(b), the request set forth above includes the notices and all other papers mentioned or described in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limiting the generality of the foregoing request, all plans of reorganization and disclosure statements and objections relating thereto, orders, pleadings, motions, applications, complaints, demands, hearings, requests for hearings, petitions, answers, replies, responses, memoranda and briefs in support of any of the foregoing and any other paper

-2-

or document brought before or filed with the Court with respect to this case, whether formal or informal and whether filed, transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

The undersigned additionally requests that the Debtor, the U.S. Trustee, the Chapter 11 Trustee, any formal or informal Committee, and the Clerk of the Court add his name and address on any mailing matrix or list to be prepared or existing in the above-referenced bankruptcy proceedings.

        Respectfully submitted,
        /s/ Scott M. Hare
        Scott M. Hare, Esquire
        Pa. I.D. No. 63818

        Raines Feldman Littrell, LLP
        11 Stanwix Street, Suite 1100
        Pittsburgh, PA 15222

        Tel: 412-899-6460

        Counsel for Richard Hill and Frances Hill

Date: March 7, 2025