**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LESLIE ROAD ASSOCIATES, LLC,<br><br>Debtor. | Case No.: 24-20799-CMB<br><br>Chapter 7<br><br>Related to: Document No. 47 |
| RICHARD HILL and<br>FRANCES HILL,<br><br>Movants,<br><br>-vs-<br><br>LESLIE ROAD ASSOCIATES, LLC and<br>BRIAN P. CAVANAUGH, as CHAPTER 7<br>TRUSTEE OF LESLIE ROAD<br>ASSOCIATES, LLC,<br><br>Respondents. | |

**ORDER GRANTING MOTION OF RICHARD HILL AND FRANCES HILL
FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO
11 U.S.C. § 362(d)(1) TO PROCEED WITH A POST-VERDICT
<u>STATE COURT ACTION AGAINST THE DEBTOR AND OTHERS</u>**

AND NOW, upon consideration of the Motion of Richard Hill and Frances Hill for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) to Proceed with a State Court Action Against the Debtor and Others (the "Motion"), and responses thereto, and finding good cause therefore, it is hereby:

ORDERED, that the Motion is Granted; and it is further

ORDERED, that Richard Hill and Frances Hill ("Movants") are hereby granted relief from the automatic stay to continue the action pending in the Court of Common Pleas of Allegheny County, Pennsylvania (the "State Court"), at Case No. GD-20- 002351 (the "State Court Action"); and it is further

ORDERED, that Movants may proceed against insurance proceeds that may be available (if any) with respect to the liabilities of the Debtor in the State Court Action; and it is further

ORDERED, that Movants may not otherwise execute upon any of the Debtor's assets in the State Court Action absent termination of the stay under an applicable provision of 11 U.S.C. § 362(c) or further order of this Court; and it is further

ORDERED, that this Court retains jurisdiction to interpret or enforce this Order.

Dated: May 22, 2025

By the Court:

Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
5/22/25 9:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA